# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 09-719-01** |
| | : | |
| **MY NGUYEN** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 27th day of October 2022, upon consideration of Defendant My Nguyen's *motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(1)*, (Doc. 161), the Government's response in opposition, (Doc. 162), Defendant's notice of supplemental authority, (Doc. 163), and the Government's response to supplemental authority, (Doc. 164), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*